*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Lynne Donovan,

    vs.                                Case No. 2:19-cv-3006

FirstCredit, Inc.,                      **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 5, 2020 Opinion and Order, Defendant's Motion for Judgment on the Pleadings is GRANTED.

Date: **May 5, 2020**         **Richard Nagel, Clerk**

                                         s/ Jennifer Kacsor
                                         By Jennifer Kacsor/Courtroom Deputy