## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| LYNNE DONOVAN, | ) | |
| | ) | CIVIL COMPLAINT |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:19-CV-3006 |
| v. | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| FIRSTCREDIT, INC., | ) | |
| | ) | MAG. JUDGE KIMBERLY JOLSON |
| Defendant. | ) | |
| | ) | |
| | ) | **JURY DEMAND** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff and Defendant hereby give notice that they have resolved this matter amicably, and that they jointly stipulate to dismiss this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 16, 2021

By: s/ Geoffrey Parker
Geoffrey Parker
HILTON PARKER LLC
7544 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
gparker@hiltonparker.com
www.hiltonparker.com
*Counsel for Plaintiff*

By: s/ David Shaver
David Shaver
Surdyk, Dowd & Turner Co. LPA
8163 Old Yankee Street, Suite C
Dayton, OH 45458
Tel: (937) 222-2333
Fax: (937) 222-1970
dshaver@sdtlawyers.com
www.sdtlawyers.com
*Counsel for Defendant*